IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17CR0036 RWS |
| ) | |
| JUSTIN X. CARROLL, ) | |
| ) | |
| Defendant. ) | |

## FIRST MOTION TO CONTINUE TRIAL SETTING

Comes now Defendant Justin Carroll, by and through counsel Paul J. D'Agrosa and for his first motion to continue the current trial setting, states as follows:

1. Following waiver of motions, this Court set the above case for trial on June 5, 2017.

2. The parties anticipate that this matter will be resolved with a change of plea however, negotiations are ongoing and there is no final stipulation or plea agreement.

3. Defendant is on bond and compliant with all bond conditions.

4. Assistant U.S. Attorney Robert Livergood has been unavailable to discuss the case, as he has been in a jury trial. He does not object to Defendant's motion.

5. Ordinarily, counsel would request a thirty (30) day continuance, in order to determine if a change of plea hearing could be scheduled. However, counsel will be unavailable the first two weeks of July.

6. Defendant is therefore requesting that the current trial date of June 5, 2017 be continued for sixty (60) days.

      7. Defendant has executed a waiver of speedy trial and attaches said waiver hereto. Defendant acknowledges that his right to a speedy trial and the public's right to a speedy trial is outweighed by the need for a continuance. Defendant further acknowledges that the delay attributed to the continuance will not be a part of any speedy trial calculation.

      WHEREFORE, for the foregoing reasons Defendant through counsel respectfully requests this Court continue the current trial setting of June 5, 2017 and reset this matter in sixty (60) days.

      Respectfully submitted,

      LAW OFFICES OF
      WOLFF & D'AGROSA

      /s/Paul J. D'Agrosa
      Paul J. D'Agrosa (#36966MO)
      7710 Carondelet, Suite 200
      Clayton, Mo. 63105
      (314) 725-8019
      (314) 725-8443 Fax
      Paul@wolffdagrosa.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Robert Livergood, Assistant U.S. Attorney.

      /s/ Paul J. D'Agrosa